# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>PLAINTIFF(S)<br><br>v.<br><br>SHILOH LUCKEY<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−10026−RGK−JC<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 11/20/2025 | / | 10 | / | Motion to Stay |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| __ | / | __ | / | __ |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Other:
1) No hearing date set for Motion. 2) No met and confer certification in violation of L.R. 7−3. 3) No word count certification in violation of L.R. 11−6.2. 4) Incorrect formatting pursuant to local rules of Court.

Dated: November 24, 2025          By: /s/ *R. Gary Klausner*
                                         U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−106 (6/12)          ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)