KATHRYN C. WANNER (Cal. Bar No. 269310)
Email: wannerk@sec.gov
PATRICIA PEI (Cal. Bar No. 274957)
Email: peip@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Gary Y. Leung, Associate Director
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHILOH LUCKEY,<br><br>　　　　Defendant. | Case No. 2:25-cv-10026-RGK-JC<br><br>**DECLARATION OF KATHRYN C. WANNER ISO SEC'S OPPOSITION TO DEFENDANT LUCKEY'S APPLICATION FOR STAY (DKT. NO. 14)** |

I, Kathryn C. Wanner, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I represent Plaintiff Securities and Exchange Commission ("SEC") in this action and am a trial attorney for the SEC. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto. I am submitting this declaration in support of the SEC's Opposition to Defendant Shiloh Luckey's Application for a Stay (Dkt. No. 14).

2. On November 25, 2024, pursuant to a subpoena, Defendant Shiloh Luckey (a/k/a Shiloh Johnson) appeared at the SEC to provide investigative testimony under oath. At that testimony, Luckey was represented by counsel and was advised to assert her Fifth Amendment privilege against self-incrimination in response to questions from the SEC. Subsequently, in response to questioning by counsel for the SEC, Luckey repeatedly raised her Fifth Amendment privilege and did not answer questions.

3. On December 8, 2025 at 11:59 am, counsel for the SEC received an email from Defendant Shiloh Luckey serving a copy of the Application for a Stay, in which Luckey stated that she had met and conferred with counsel for the SEC via email. No such email was sent. That same day Luckey confirmed in writing that she had not met and conferred with counsel for the SEC in advance of serving her Application for a Stay. A copy of that email is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 22, 2025, at Los Angeles, California

                                          */s/ Kathryn C. Wanner*
                                          Kathryn C. Wanner

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On December 22, 2025, I caused to be served the document entitled **DECLARATION OF KATHRYN C. WANNER ISO SEC'S OPPOSITION TO DEFENDANT LUCKEY'S APPLICATION FOR STAY (DKT. NO. 14)** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: December 22, 2025        */s/ Kathryn C. Wanner*
                                         KATHRYN C. WANNER

*SEC v. Shiloh Luckey*
United States District Court—Central District of California
Case No. 2:25-cv-10026-RGK-JC

## SERVICE LIST

Shiloh Luckey
██████████████
Inglewood, CA ████
Email: sjohnson0305@icloud.com
*Pro Se*

# EXHIBIT A

## Wanner, Kathryn

| | |
|---|---|
| **From:** | Shiloh Johnson <sjohnson0305@icloud.com> |
| **Sent:** | Monday, December 08, 2025 2:16 PM |
| **To:** | Wanner, Kathryn |
| **Cc:** | Pei, Patricia |
| **Subject:** | Re: SEC v. Luckey, Case No. 2:25-cv-10026-RGK-JC – Defendant's Motion to Stay |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Wanner,

Thank you for your email. The wording in my motion may not have been as clear as intended. I did not send a separate email prior to filing, and I appreciate the opportunity to meet and confer now.

I am available for a call any day between 11a-1p and also after 4p.

Regards,
Shiloh Luckey

> On Dec 8, 2025, at 12:18 PM, Wanner, Kathryn <wannerk@sec.gov> wrote:
>
> Ms. Luckey – acknowledging receipt of this email, sent today at 11:59 am. To confirm, I have not previously received any email communications from you, although the motion states that you sought to meet and confer with me regarding the substance of your motion via email. If you have previously emailed me, can you let me know when, and forward me that communication? Additionally, I would propose a brief phone call where we can discuss your motion and the relief you're seeking. When are you available this week?
>
> Regards,
>
> Katy Wanner
>
> **From:** Shiloh Johnson <sjohnson0305@icloud.com>
> **Sent:** Monday, December 08, 2025 11:59 AM
> **To:** Pei, Patricia <peip@SEC.GOV>; Wanner, Kathryn <wannerk@SEC.GOV>
> **Subject:** SEC v. Luckey, Case No. 2:25-cv-10026-RGK-JC – Defendant's Motion to Stay
>
>> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Ms. Wanner,

1

Exhibit A Page 4

I am now appearing pro se in the above-referenced matter. On December 8, 2025 I submitted a Motion to Stay Civil Proceedings through the Court's Electronic Document Submission System (EDSS) and served a copy on you by U.S. Mail. I am attaching a courtesy copy of the motion and proposed order to this email.

Please direct any future communications regarding this case to me at [sjohnson0305@icloud.com](mailto:sjohnson0305@icloud.com) and 818.433.1496.

Sincerely,
Shiloh Luckey

2